IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VINCENT JOHN BAZEMORE, JR., 37160-177, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:10-CV-1202-M |
| | ) | |
| ROBERT E. CASEY, JR., ET AL., | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court notes that the search warrants in issue related both to an alleged insurance fraud scheme that was not prosecuted and to securities fraud. See *Bazemore vs. Buie*, 3:10-CV-1505-M (docket no. 11.) The objections are overruled, and the Court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

SO ORDERED this 20th day of December, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS